In re: **Gene E. DUDLEY, Sr., Debtor**

**1.** The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

**1.** The Honorable Frank W. Koger, United States Bankruptcy Judge for the Western District of Missouri.

**Gene E. Dudley, Sr., Appellant,**

v.

**Mitchell Powers; Ruby M. Powers; Richard Fink, Appellees.**

**No. 02–1726.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 17, 2002.

Decided Oct. 28, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Texas inmate Gene E. Dudley appeals the Bankruptcy Appellate Panel's (BAP's) order affirming the bankruptcy court's[1] grant of relief from automatic stay, and the court's[2] subsequent denial of Dudley's motion to reconsider.

Dudley argues the BAP lacked jurisdiction to hear his appeal because he never consented to its jurisdiction, but instead requested review by the district court. We conclude the BAP properly exercised jurisdiction, because Dudley failed to request district court review on a separate document at the time he filed the appeal. *See* 28 U.S.C. § 158(c); Fed. R. Bankr.P. 8001(e). Furthermore, we agree with the BAP, for the reasons noted in its order, this appeal is moot.

**2.** The Honorable Arthur B. Federman, Chief Judge, United States Bankruptcy Court for the Western District of Missouri.

Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny as moot Ruby Powers's motion for misjoinder.